Mailed:
September 2, 2014

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

Trademark Trial and Appeal Board9/16/2014

_____

*In re McGowan Publishing Company, Inc.*

_____

Serial No. 77582970

_____

Remy M. Davis of Klemchuk Kubasta LLP for McGowan Publishing Company, Inc.

Ronald E. Aikens, Trademark Examining Attorney, Law Office 112 (Angela Wilson, Managing Attorney).

_____

By the Trademark Trial and Appeal Board:

The final decision on the merits issued in this case on June 27, 2013 is redesignated as a precedent of the Trademark Trial and Appeal Board. The decision otherwise remains unchanged.